Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Yvonne San Miguel

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| YVONNE SAN MIGUEL,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>Defendants. | Case No.: 2:18-cv-00640-MCE-AC<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, TransUnion, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. The case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: May 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE