# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| YVONNE SAN MIGUEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION BANK; FIRST PREMIER BANK; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-00640-MCE-AC<br><br>**ORDER GRANTING DEFENDANT FIRST PREMIER BANK'S MOTION TO COMPEL ARBITRATION AND STAY THE COURT ACTION** |

The Court, having read and considered all of the papers filed on behalf of First Premier Bank and the Non-Opposition of Plaintiff Yvonne San Miguel and the Non-Opposition of Experian Information Solutions, Inc., HEREBY ORDERS THAT:

1) First Premier Bank's Motion to Compel Arbitration is GRANTED; and

2) Plaintiff Yvonne San Miguel's Complaint and all causes of action are ordered to binding arbitration. This matter is STAYED pending the outcome of the arbitration proceedings.

IT IS SO ORDERED.

Dated: June 18, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE